**EARTH ISLAND INSTITUTE, a California non-profit; Tule River Conservancy, a California non-profit; Forest Conservation Council, a non-profit organization, Plaintiffs–Appellants,**

v.

**UNITED STATES FOREST SERVICE; Bradley E. Powell, in his official capacity as Regional Forester for Region 5 of the United States Forest Service, Defendants–Appellees,**

and

California Forestry Association; Wetsel–Oviatt Lumber Co.; Sierra Forest Products; Sierra Resource Management, Inc.; Sierra Nevada Access, Multiple–Use and Stewardship Coalition, Inc. Defendants–Intervenors–Appellees.

No. 01–15501.

D.C. No. CV–00–02257–WBS.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 11, 2001.

Decided Oct. 3, 2001.

Before REINHARDT, HAWKINS and RAWLINSON, Circuit Judges.

MEMORANDUM *

We subject a district court's order regarding preliminary injunctive relief only to limited review. *See Sierra Club v. United States Forest Serv.*, 843 F.2d 1190, 1192 (9th Cir.1988). The review of a denial of a preliminary injunction is much more deferential than review of a permanent injunction, "where all conclusions of law are freely reviewable." *Walczak v. EPL Prolong, Inc.*, 198 F.3d 725, 730 (9th Cir. 1999); *see also Half Moon Bay Fishermans' Marketing Ass'n. v. Carlucci*, 857 F.2d 505, 507 (9th Cir.1988)(reviewing denial of a preliminary injunction under a deferential standard). "Our role is to determine whether the district court employed the proper legal standard in denying the injunction and whether it abused its discretion in applying that standard." *Carlucci*, 857 F.2d at 507.

We cannot say that the district court abused its discretion. We therefore affirm the district court's denial of the preliminary injunction.

AFFIRMED.

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

